1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8
9 JIHAD THAIFF MONSOUR,                    )
10                Petitioner,              )        3:11-cv-00156-LRH-VPC
                                           )
11 vs.                                     )        **ORDER**
                                           )
12 GREG SMITH, *et al.*,                   )
                                           )
13                Respondents.             )
   _____/
14
15        This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,
16 by a Nevada state prisoner.
17        Petitioner has filed a motion to proceed *in forma pauperis*.  (ECF No. 1).  Based on the
18 information concerning petitioner's financial status, the Court finds that the motion to proceed *in*
19 *forma pauperis* should be granted.
20        The Court further finds that the petition shall be served on respondents.  A petition for federal
21 habeas corpus should include all claims for relief of which petitioner is aware.  If petitioner fails to
22 include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon
23 that claim.  *See* 28 U.S.C. §2254(b) (successive petitions).
24        **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis*  (ECF
25 No. 1) is **GRANTED**.  The Clerk **SHALL FILE** the petition for a writ of habeas corpus.
26        **IT IS FURTHER ORDERED** that the Clerk **SHALL ELECTRONICALLY SERVE** the
27 petition upon the respondents.

1     **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of

2    this order within which to answer, or otherwise respond to, the petition.  In their answer or other

3    response, respondents shall address any claims presented by petitioner in his petition.  Respondents

4    shall raise all potential affirmative defenses in the initial responsive pleading, including lack of

5    exhaustion and procedural default.  **Successive motions to dismiss will not be entertained**.  If an

6    answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing

7    Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is filed,

8    petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

9     **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney

10    General of the State of Nevada a copy of every pleading, motion, or other document he submits for

11    consideration by the Court.  Petitioner shall include with the original paper submitted for filing a

12    certificate stating the date that a true and correct copy of the document was mailed to the Attorney

13    General.  The Court may disregard any paper that does not include a certificate of service.  After

14    respondents appear in this action, petitioner shall make such service upon the particular Deputy

15    Attorney General assigned to the case.

16     Dated this 6th day of April, 2011.

19    _____
             LARRY R. HICKS
             UNITED STATES DISTRICT JUDGE

2